Lazarus Mover v. The Lebanon Mutual Insurance Company, Appellant.

Argued May 14, 1896.   Appeal, No. 181, July T., 1895, from judgment of C. P. Elk Co., May T., 1895, No. 78, on verdict for plaintiff.   Before Sterrett, C. J., Green, McCollum, Mitchell and Fell, JJ.   Affirmed.

Opinion by Mr. Justice Fell, July 15, 1896 :
This case was tried with Moyer v. The Sun Insurance Office of London, supra, and involves the same questions.   For the reasons stated in the opinion filed in that case the judgment in this case is affirmed.